# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 6 WAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TIMOTHY A. HANNA, | : | |
| | : | |
| Petitioner | : | |

## ORDER


**PER CURIAM**

      **AND NOW**, this 2nd day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.